**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05cv82** |
| **vs.** | ) | |
| | ) | **AMENDED FINAL PROGRESSION** |
| **$40,430.00 in UNITED STATES** | ) | **ORDER** |
| **CURRENCY; and EVELYN L. LEE,** | ) | |
| **CLAIMANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Joint Motion to Continue Final Progression Order (#28). The proposed deadlines must be adjusted by a few days to allow for the Final Pretrial Order to be submitted to Judge Schreier for her review before trial. Therefore,

**IT IS ORDERED:**

1. Non-expert Witnesses must be identified by **February 13, 2006;**

2. Deposition testimony and discovery must be provided by **February 13, 2006;**

3. Trial exhibits must be provided by **February 13, 2006;**

4. Motions in Limine must be filed by **February 17, 2006;**

5. A status conference hearing before the undersigned magistrate judge will be held on **January 26, 2006 at 9:00 a.m.,** in chambers. The status hearing may be held by telephone conference call, and counsel should advise the court at 661-7340 if they wish to participate by telephone.

6. The **Final Pretrial Conference** with the undersigned magistrate judge is rescheduled to **February 15, 2006 at 9:00 a.m.,** in chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties.

Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.

Dated this 13th day of January 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge