IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05cv82 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| $40,430 in United States Currency, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Nancy Svoboda, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **March 4, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for February 15, 2006 and the non-jury trial set for February 21, 2006, are cancelled upon the representation that this case is settled.

Dated: February 2, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge