```
                    FILED
              US DISTRICT COURT
              DISTRICT OF NEBRASKA

                  FEB 0 7 2006

              OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CV82 |
| ) | |
| $40,430.00 IN UNITED STATES ) | ORDER |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS __7__ day of February, 2006, this matter comes on before the Court upon the Stipulation of the parties (Filing No ___). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. Twenty thousand two hundred fifteen dollars of the Defendant property should be returned to the Claimant, Evelyn Lee, by delivering the same to the trust account of her attorney of record, Richard J. Epstein.

2. Pursuant to this Court's Order dated February 24, 2005 (Filing No. 5), the United States Marshal for the District of Nebraska ("Marshal") has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on April 22, 2005 (Filing No. 11). In response to said published notice, no person or entity has filed a Petition setting forth any legal or

equitable interest in the Defendant property.

3. The balance of the Defendant property, viz., $20,215.00, should be forfeited to the United States.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. Twenty thousand two hundred fifteen dollars of the Defendant property shall be returned to the Claimant, Evelyn Lee, by delivering the same to her attorney of record, Richard J. Epstein. The Marshal shall deliver said amount by making payment to Richard J. Epstein's Trust Account.

C. Pursuant to this Court's Order dated February 24, 2005 (Filing No. 5), the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on April 22, 2005 (Filing No. 11). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, viz., $20,215.00 in United States Currency, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of said $20,215.00 in United States Currency in accordance with law.

F. Upon Mr. Epstein's receipt of the $20,215.00 in United States Currency, as mentioned above, he shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

_____
F. A. GOSSETT, III
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

Nancy A. Svoboda   (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$40,430.00 IN UNITED STATES
CURRENCY, Defendant, and
EVELYN LEE, Claimant


By: _____
RICHARD J. EPSTEIN (#11202)
Attorney at Law
9290 West Dodge Road
Suite 205
Omaha, NE 68114
(402) 397-6111

3