# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| | )     **8:05CV82** |
| vs. | )<br>)     **JUDGMENT** |
| **$40,430.00 IN UNITED STATES CURRENCY,** | )<br>)<br>) |
| **Defendant,** | )<br>) |
| **EVELYN LEE,** | )<br>) |
| **Claimant.** | ) |

In accordance with the parties' Stipulation (#34) and the court's corresponding Order (#35),

**IT IS ORDERED AND ADJUDGED**:

1.  Judgment is hereby granted in favor of Claimant, Evelyn Lee, in the amount of $20,215.00.

2.  The remaining Defendant property, that is, $20,215.00 in United States Currency, is hereby forfeited to the United States to be disposed of by the United States Marshal for the District of Nebraska according to law.

3.  The parties shall bear their own costs and attorney fees.

**DATED February 15, 2006.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**